## Commonwealth *v.* Butler, Appellant.

Submitted March 18, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John R. Cook* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant.

*Lawrence Neff Claus* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 22, 1974:
Order affirmed.
*Commonwealth v. Welch,* 425 Pa. 591 (1967).